UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
                                  )
UNITED STATES OF AMERICA          )
                                  )          Court No.:  19-cr-10081-IT
       v.                         )
                                  )
MIKAELA SANFORD                   )
                                  )
              Defendant.          )
_____ )

### NOTICE AND ASSENTED TO MOTION TO CONDUCT
### MAY 19, 2022 SENTENCING HEARING VIA VIDEO CONFERENCE

The Defendant, Mikaela Sanford, by undersigned counsel, submits the following Notice and Motion to conduct the sentencing hearing scheduled for May 19, 2022 in this matter by video conference.  In support, the defendant states as follows:

1.  Pursuant to General Order 22-4, dated March 18, 2022, Chief Justice Dennis F. Saylor IV specifically found, *inter alia*, that in light of the ongoing pandemic, felony sentencing hearings cannot be conducted in person in the District of Massachusetts without seriously jeopardizing public health and safety.  The Order permits such sentencing hearings to proceed via video teleconferencing if: (a) the district judge finds that the sentencing "cannot be further delayed without serious harm to the interests of justice;" and (b) the defendant consents, after consultation with counsel.

2.  The defendant hereby notifies the Court of her contention that any further delay of the sentencing hearing would cause serious harm to the interests of justice.  First, this case has been pending since Ms. Sanford's initial appearance in federal court in the Eastern District of California in March of 2019.  Ms. Sanford pleaded guilty before

this Court to one count of racketeering conspiracy in violation of 18 U.S.C. § 1962(d) on October 1, 2020. Although she is on conditional release in this matter, the sentencing hearing in this case has been continued several times due to Ms. Sanford's participation as a witness in the trial of a related case. That matter has been resolved and Ms. Sanford's obligations are completed. She wishes to resolve this matter as soon as possible.

3. Ms. Sanford is currently living and working in Folsom, CA. In order for her to attend a hearing in Boston, she would have to take a cross country flight and travel through two, or more, crowded airports. As discussed in her sentencing memorandum, Ms. Sanford suffers from a medical condition that has compromised her immune system and is concerned that taking such a trip would put her at risk for exposure to infection.

4. Although the sentencing range provided to the Court in the Presentence Report is 15-21 months, the parties have filed sentencing memoranda in which various arguments are made, by both sides, in support of a time served disposition. Of course, this Court will make the ultimate decision regarding sentencing and if it were to impose any period of incarceration as a punishment, Ms. Sanford would be eligible to self-report to whichever facility the Bureau of Prison's designates for service of that sentence if the Court allows it. *See* 18 U.S.C. § 3143. After consultation with counsel, Ms. Sanford consents to proceeding with her sentencing hearing via video conferencing.

For the reasons stated, the defendant, Ms. Sanford, moves the Court to proceed with her scheduled sentencing hearing on May 19, 2022 via videoconference. Assistant United States

Attorney Kristen Kearney had been notified of this request and does not object to a videoconference hearing on behalf of the government.

.

<div style="margin-left: 50%;">

Respectfully submitted,

MIKAELA SANFORD


By:
/s/ Oscar Cruz, Jr.
Assistant Federal Defender
Federal Public Defenders Office
51 Sleeper St., 5th Floor
Boston, MA 02210
(617) 223-8061


Date:   May 13, 2022

</div>

## CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the United States on May 13, 2022.

<div style="margin-left: 50%;">

By: /s/ Oscar Cruz, Jr.
OSCAR CRUZ, JR.
Assistant Federal Public Defender

</div>